# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LORENZO WOOD, JR.,**

      Plaintiff,

  -vs-                                      Case No. 13-CV-281

**PATRICIA BILLINGS and**
**SUE NEIL,**

      Defendants.

# ORDER

On November 13, 2015, defendant Sue Neil filed a motion asking the Court to extend the dispositive motion deadline by sixty days. Her counsel explained that he had recently been transferred to the case. In addition, he noted that while the plaintiff signed an Authorization and Informed Consent for Use and Disclosure of Medical Information, he crossed off portions of the authorization that allowed those records to be disclosed or used in court filings. Neil's counsel indicated that if he is unable to resolve this issue with the plaintiff, he would need to file a motion to compel.

The Court notes that discovery closed on October 19, 2015. Neil's counsel does not explain the circumstances surrounding the disclosure, including why counsel discovered the limitations in the disclosure so long after the close of discovery. On the limited facts before the Court, it is

questionable whether a motion to compel would be timely.  The parties are instructed to work together in good faith in an effort to resolve this issue without the Court's involvement.

Given that Neil's counsel is new to the case and has requested additional time to prepare a dispositive motion on her behalf, the Court will grant her motion and extend the dispositive motion deadline by sixty days.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT** defendant Neil's motion to extend the dispositive motion deadline (ECF No. 91) is **GRANTED**.

**IT IS ALSO ORDERED THAT** the deadline for filing dispositive motions is now **January 19, 2016**.

Dated at Milwaukee, Wisconsin, this 16th day of November, 2015.

                                         **BY THE COURT:**

                                         _____
                                         **HON. RUDOLPH T. RANDA**
                                         **U.S. District Judge**